UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION


REGINALD K. RICHARDSON,

                    Plaintiff,
v.                                        Case No. 3:15-cv-713-J-34JBT


SEXUAL ASSAULT RESPONSE
CENTER, et al.,


                    Defendants.
_____

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Reginald K. Richardson, a pretrial detainee who is incarcerated at the Joseph V. Conte Facility in Pompano Beach, Florida, initiated this action on June 15, 2015, by filing a handwritten civil rights complaint (Complaint; Doc. 1). In the Complaint, Richardson names the following Defendants: (1) the Sexual Assault Response Center (SARC); (2) Dr. Ian S. Caccam, the SARC Director; and (3) Nurse Cheryl Bibbins. He asserts that Nurse Bibbins "acted in collusion with investigating Detective Christopher Potter in attempting to frame the Plaintiff for a crime they knew he did not commit." Complaint at 7. Richardson advises that he also filed another case in this Court "dealing with the same or similar facts involved in this action." Id. at 1. Thus, to the extent that Richardson is asserting "the same or similar facts" and claims in Case No. 3:15-cv-712-J-34JBT, which is still pending

in this Court, this case will be dismissed without prejudice to his right to pursue his civil rights claims in Case No. 3:15-cv-712-J-34JBT.

Accordingly, it is now

**ORDERED AND ADJUDGED:**

1.  This case is **DISMISSED** without prejudice to Plaintiff's right to pursue his claims in Case No. 3:15-cv-712-J-34JBT.

2.  The Clerk of Court shall enter judgment dismissing this case without prejudice, closing the case, and terminating any pending motions.

**DONE AND ORDERED** at Jacksonville, Florida, this 19th day of June, 2015.

MARCIA MORALES HOWARD
United States District Judge

sc 6/18
c:
Reginald K. Richardson

- 2 -